## IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON V.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ROBERT TEUTON, DISTRICT JUDGE,
Respondents,
  and
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES; RHODECIA J.;
ELTON L.; N.L., A MINOR; AND R.J., A
MINOR,
Real Parties in Interest.

No. 85772



FILED

DEC 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus raises pretrial due process concerns regarding a termination of parental rights trial scheduled to commence this morning. Petitioner has also filed an emergency motion for stay.

Whether to issue extraordinary writ relief is solely within this court's discretion, *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991), and it is petitioner's burden to demonstrate that such relief is warranted, *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Having reviewed the petition and appendix, we decline to intervene. Trial apparently is ongoing, and petitioner has not demonstrated a clear legal right to the relief requested under the circumstances warranting extraordinary intervention at this time. *See*

22-38973

*Walker v. Second Judicial Dist. Court*, 136 Nev. 678, 681-82, 476 P.3d 1194, 1197 (2020) (providing that, to obtain the extraordinary remedy of mandamus, a petitioner must establish a clear legal right to the course of action requested). Further, to the extent that petitioner seeks to develop such a right, petitioner may raise these arguments in the context of any appeal from an adverse final judgment, and he has not shown that any such appeal would be inadequate to remedy the alleged due process violations. *Pan*, 120 Nev. at 224, 88 P.3d at 841 ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                                          Herndon

cc:    Hon. Robert Teuton, District Judge, Family Court Division
       Ford & Friedman, LLC
       Law Office of Alyssa Aklestad, LLC
       Jennifer McDonald Law
       Clark County District Attorney/Juvenile Division
       Legal Aid Center of Southern Nevada, Inc.
       Nevada Justice Group, Ltd.
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot petitioner's emergency motion for stay.